UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEDRIC JACKSON et al., | CASE NO. 21-CV-00995-LK-BAT |
| Plaintiff, | ORDER REGARDING FORMAT |
| v. | OF CLASS ACTION SETTLEMENT FINAL APPROVAL HEARING |
| KING COUNTY, | |
| Defendant. | |

On August 10, 2021, the Court entered an Order Granting Preliminary Approval of Class Settlement, Certifying Settlement Class, and Approving Form and Manner of Notice. Dkt. No. 11. The Court set a final approval hearing for January 11, 2022, at 9:00 a.m. in Courtroom 13206, at which time it will "determine whether the Settlement Agreement is fair, reasonable, and adequate, and should be approved." *Id*. at 4.

Given the recent surge in COVID-19 cases, particularly the rapidity with which the Omicron variant has spread and continues to spread throughout the community (*see* General Order 16-21), the Court finds that the interests of safety and justice support holding the January 11, 2022 hearing in video- and telephonic-conference format, while providing an opportunity for in-person

attendance and participation for Class Members who are unable to attend over video or phone.

The hearing will proceed via Zoom (https://wawd-uscourts.zoomgov.com/j/1601336288?pwd=bTRVcWtySy9RalV2ZGFNQjJWbjF2dz09 (Meeting ID: 160 133 6288) and telephonically (1-669-254-5252) on January 11, 2022, at 9:00 a.m. Any class member who wishes to attend the hearing but does not have the means to attend telephonically or through Zoom may attend the hearing in person in Courtroom 13206. The undersigned judge will participate from the courtroom, and in-person attendees will be able to see and hear the Zoom and telephonic proceedings. Likewise, those who attend the hearing telephonically or through Zoom will be able to hear in-person attendees who are permitted to speak during the hearing.

Anyone who attends the hearing in person must wear a mask over the mouth and nose at all times and maintain a distance of at least six feet from others in the courtroom, unless the attendee is:

- a child under the age of two years;
- a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities Act (42 U.S.C. § 12101 *et seq.*); or
- a person for whom wearing a mask would create a risk to workplace health, safety, or job duty as determined by relevant workplace safety guidelines or federal regulations.

The Court directs Class Counsel to immediately notify all Class Members via U.S. Mail of the altered hearing format and provide all class members with the dial-in number and Zoom link. Class Counsel may also exercise other reasonable means of notice, including sending notices by electronic mail or by alerting Class Members by phone or text message. Class Counsel must likewise provide notice in any applicable languages, in addition to English, if such translation is needed. Class Counsel must also post the dial-in number and Zoom link on the class notice website.

1    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2    to any party appearing pro se at said party's last known address.

3    Dated this 30th day of December, 2021.

4

5                                              Lauren King
                                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REGARDING FORMAT OF CLASS ACTION SETTLEMENT FINAL APPROVAL HEARING - 3